UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL VANOOST, | ) | CASE NO. 2:08-cv-14747-PJD-PJK |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICK J. DUGGAN |
| | ) | |
| v. | ) | **JOINT STIPULATION FOR** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| OFFICEMAX INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Michael Vanoost and Defendant OfficeMax Incorporated, by and through their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby jointly stipulate to the voluntary dismissal of this action with prejudice. The parties have reached a voluntary and confidential settlement. This lawsuit should, therefore, be dismissed, with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

/s/ *James Shaw* (per e-mail consent)
James Shaw (P49003)
LAW OFFICE OF JAMES SHAW, P.C.
14801 Plymouth Crossing
Plymouth, MI 48170
(248) 559-1223
attorneyshaw1@yahoo.com

Joseph C. Bird (P33178)
573 Nakomis Trail
Lake Orion, MI 48362
(248) 909-4235
(248) 483-3908 (Fax)
advocatejcb@aol.com

Attorneys for Plaintiff,
MICHAEL VANOOST

/s/ *Timothy S. Anderson*
Lee J. Hutton (0006794)
Timothy S. Anderson (0071593)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, Ohio 44114
(216) 696-7600
(216) 696-2038 (Fax)
lhutton@littler.com
tanderson@littler.com

Charles DeWitt, Jr. (P26636)
LITTLER MENDELSON, P.C.
200 Renaissance Center, Suite 3110
Detroit, MI 48243-1301
(313) 446-6400
(313) 446-6405 (Fax)
CDeWitt@littler.com

Attorneys for Defendant,
OFFICEMAX INCORPORATED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL VANOOST, | ) | CASE NO. 2:08-cv-14747-PJD-PJK |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICK J. DUGGAN |
| | ) | |
| v. | ) | **AGREED ORDER GRANTING JOINT** |
| | ) | **STIPULATION FOR DISMISSAL WITH** |
| OFFICEMAX INCORPORATED, | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

    This cause, having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice is hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

ENTERED:

            s/Patrick J. Duggan
            Patrick J. Duggan
            United States District Judge

Dated: May 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 28, 2009, by electronic and/or ordinary mail.

            s/Marilyn Orem
            Case Manager